IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA L. BAILEY, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:10-0020 |
| | ) JUDGE NIXON/KNOWLES |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

This matter is before the Court upon Defendant's "Motion For Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), With Remand to Defendant." Docket No. 22. The Motion states that Plaintiff's counsel has no objection to the Motion. *Id*.

For the foregoing reasons, the undersigned recommends that the instant Motion (Docket No. 22), be GRANTED, and that this action should be REMANDED to Defendant for further action, under Sentence Four, 42 U.S.C. § 405(g).

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this

Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge